FRANCIS W. MARSHALL, Appellant, v. UNITED STATES REVIEW CORPORATION et al., Respondents.

Submitted January 8, 1940; decided January 16, 1940.

*E. Douglas Hamilton* for motion.
*E. Crosby Kindleberger* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion. (See *Naccash* v. *Hildansid Realty Corp.*, 262 N. Y. 588.)